IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Susan Etuwe Ajieh
_____
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Rivers Edge at Carolina Stadium, REEAF Residential CH Realty
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☑ No
                *(check one)*

2023 JUN -5 PM 12 20
RECEIVED
USDC CLERK, COL...

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ajieh Susan Etuwe |
| Street Address | 1 Catawba Circle |
| City and County | Columbia |
| State and Zip Code | SC, 29201 |
| Telephone Number | 8034461012 |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Rivers Edge at Carolina Stadium |
| Job or Title (if known) | Property owner/manager |
| Street Address | 1 Catawba Circle |
| City and County | Columbia |
| State and Zip Code | SC, 29201 |
| Telephone Number | 803 779 5888 |

Defendant No. 2

| | |
|---|---|
| Name | CH Realty |
| Job or Title (if known) | ~~Property owner/Ass't General manager~~ Property Attorney – Thomas I. Howard, Jr |
| Street Address | |
| City and County | North Charleston |
| State and Zip Code | 2420 mall drive, suite 110, 29406 |
| Telephone Number | ~~843 628 08~~ 843 628 0847 |

Defendant No. 3

| | |
|---|---|
| Name | PREAF Residential/ PREAF Holdings LLC |

2

|  |  |
|---|---|
| Job or Title (if known) | Property owner/manager |
| Street Address | Tabitha Keller – Ass't General manager |
| City and County |  |
| State and Zip Code |  |
| Telephone Number |  |

Defendant No. 4

|  |  |
|---|---|
| Name |  |
| Job or Title (if known) |  |
| Street Address |  |
| City and County |  |
| State and Zip Code |  |
| Telephone Number |  |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(1) Federal Statues guiding owners of HUD-assisted properties

(2) Federal Statues law guiding the CARES Act

3

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual

            The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b.  If the plaintiff is a corporation

            The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.  The Defendant(s)

        a.  If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

        b.  If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) HUD assisted property claim
I am seeking an answer as to the grounds for an eviction against me when I am waiting for Emergency Rental Assistance
(2) CARES ACT — At the passing of the cares Act - tenants that were unemployed where not supposed to be evicted or pay rent. Hence I am seeking relief for the rents I paid while unemployed

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek relief because I have been discriminated against in the course of the eviction process against me. In addition I seek a refund of the rents paid between March 2022 - January 2023 - the periods I was unemployed but forced to pay rent which runs against the provision of the HUD assisted and Cares Act law - as I had to borrow money as a result. Besides, the emotional and health consequences on my as a pregnant woman. The claim amount is $200,000 for all claims and relief sought.

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/05, 2023

Signature of Plaintiff _____
Printed Name of Plaintiff   Susan Etuwe Ajieh

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

6