# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Susan Etuwe Ajieh<br>*Plaintiff,*<br>v.<br>Rivers Edge at Carolina Stadium, RREAF Residential/ RREAF Holdings LLC, and CH Realty,<br>*Defendants* | Civil Action No. 3:23-cv-02467-SAL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ the plaintiff, Susan Etuwe Ajieh, take nothing of the defendants, Rivers Edge at Carolina Stadium, RREAF Residential/ RREAF Holdings LLC, and CH Realty, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable ___ presiding, and the jury has rendered a verdict.  The plaintiffs ___, recover from the defendant ___ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, United States District Judge, presiding. The Court having heard and granted Plaintiff's motion to withdraw.

*ROBIN L. BLUME, CLERK OF COURT*

Date:   May 2, 2024

s/Amanda Douglas Hilley

*Signature of Clerk or Deputy Clerk*